**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| IN RE:  ROD R BROWN<br>ROXANNE BROWN<br>471 GLENDOWER AVE<br>COLUMBUS, OH  43207 | Case No: 08-61248<br><br>Chapter 13<br><br>Judge: John E. Hoffman Jr. |

CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT
AND CASE HISTORY

The above case having been COMPLETED on August 15, 2014. the Trustee has filed this Certification of Final Payment and Case History and has attached a detailed record of all receipts and disbursements. A review of the case file at the Bankruptcy Court did not reveal any filed proofs of claims other than as herein set forth.

A FINAL REPORT will be filed with the Court after all checks issued by the Trustee have been paid. That report will account for any receipts and the disbursements since the issuance of the Certification of Final Payment and Case History.

Interim Bankruptcy Rule 1007(b) (7) requires the Chapter 13 debtor to file a statement regarding completion of a course in personal financial management prepared as prescribed by the appropriated official form. The statement required by this section shall be filed by the debtor no later than the last payment made by the debtor as required by the plan of the filing of a motion of a discharge.

Within twenty-one (21) days of the filing of this Chapter 13 Trustee's Certification of the Final Payment and Case History, debtors shall file with the Court the Debtor(s)' Certification Regarding Issuance of Discharge Order. The form can be viewed on the Trustee's website at www.13network.com.

/s/ Frank M. Pees
FRANK M. PEES TRUSTEE
130 E WILSON BRIDGE RD #200
WORTHINGTON, OH  43085-6300
(614)436-6700

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

IN RE:  ROD R BROWN                                              Case No: 08-61248
ROXANNE BROWN
471 GLENDOWER AVE                                                Chapter 13
COLUMBUS, OH  43207

                                                                 Judge: John E. Hoffman Jr.

CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT
AND CASE HISTORY

The Case was commenced on November 17, 2008.
The plan was confirmed on February 23, 2009.
The Case was concluded on August 15, 2014.

A FINAL REPORT will be filed with the Court after all checks issued by the Trustee have been paid. That report will account for any receipts and disbursements since the issuance of the Certification of Final Payment and Case History.
THIS CASE IS COMPLETED AND THE DEBTOR IS ENTITLED TO A DISCHARGE.

RECEIPTS:  Amount paid to the Trustee by or for the Debtor for benefit of creditors:         66,163.29

DISBURSEMENTS TO CREDITORS:
DIVIDEND TO UNSECURED: 5.00%

| NAME OF CREDTIOR/ CLAIM NUMBER | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|
| ATTORNEY GENERAL STATE OF OHIO 00005   Priority | 48.44 | 48.44 | 0.00 | 0.00 |
| ATTORNEY GENERAL STATE OF OHIO 00023   Unsecured | 45.66 | 45.66 | 0.00 | 0.00 |
| Caliber Home Loans Inc 00004   Pre-Pet MTG Arrears | 1,532.85 | 1,532.85 | 0.00 | 0.00 |
| Caliber Home Loans Inc 00003   Mortgage | Continuing | 37,035.95 | 0.00 | 0.00 |
| Canyon Medical Center 00006   Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Complete Healthcare for Women 00008   Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Continental Finance 00009   Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| eCAST SETTLEMENT CORPORATION 00014   Unsecured | 449.12 | 449.12 | 0.00 | 0.00 |
| eCAST SETTLEMENT CORPORATION 00021   Unsecured | 29.31 | 29.31 | 0.00 | 0.00 |

| NAME OF CREDTIOR/ CLAIM NUMBER | | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|---|
| Emergency Services, Inc. 00010 | Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Harvard Collection Services Inc. 00013 | Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC 00007 | Unsecured | 20.46 | 20.46 | 0.00 | 0.00 |
| JPMORGAN CHASE BANK NA 00001 | Secured-PMSI | 6,238.52 | 6,238.52 | 4,831.34 | 0.00 |
| JS & ASSOCIATES APPRAISAL SVCS 00018 | Appraiser | 175.00 | 175.00 | 0.00 | 0.00 |
| Malcolm S. Gerald and Associates 00015 | Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| MT CARMEL HEALTH 00016 | Unsecured | 25.00 | 25.00 | 0.00 | 0.00 |
| National Auto Acceptance 00002 | Secured-PMSI | 4,339.72 | 4,339.72 | 4,041.15 | 0.00 |
| NATIONAL CITY BANK 00022 | Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| PRA REC AGENT OF PORTFOLIO 00020 | Unsecured | 31.12 | 31.12 | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER 00019 | Unsecured | 21.81 | 21.81 | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER 00011 | Unsecured | 22.93 | 22.93 | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER 00012 | Unsecured | 23.71 | 23.71 | 0.00 | 0.00 |
| ROD R BROWN 00000 | Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| ROXANNE BROWN 00000 | Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| TIME WARNER CABLE 00017 | Unsecured | 13.08 | 13.08 | 0.00 | 0.00 |
| US DEPT OF EDUCATION 00025 | Unsecured | 376.92 | 376.92 | 0.00 | 0.00 |
| W Mark Jump 00024 | Additional Attorney Fees | 662.94 | 662.94 | 0.00 | 0.00 |
| W Mark Jump 00026 | Additional Attorney Fees | 0.00 | 0.00 | 0.00 | 0.00 |
| Debtor refund to be issued upon the approval of the Final Report and Account | | 20.45 | 20.45 | | |

SUMMARY OF CLAIMS ALLOWED AND PAID:

| | SECURED | PRIORITY | UNSECURED | CONT DEBTS | SPECIAL | TOTAL |
|---|---|---|---|---|---|---|
| ALLOWED | 12,774.03 | 223.44 | 21,182.54 | 0.00 | 20.45 | 34,200.46 |
| PRIN PAID | 12,774.03 | 223.44 | 1,059.12 | 37,035.95 | 20.45 | 51,112.99 |
| INT PAID | 8,872.49 | 0.00 | 0.00 | 0.00 | | 8,872.49 |
| | | | | | TOTAL PAID: | 59,985.48 |

OTHER DISBURSEMENT UNDER ORDER OF COURT:

| DEBTOR'S ATTORNEY | ALLOWED | TOTAL PAID |
|---|---|---|
| W Mark Jump | 3,619.50 | 3,619.50 |

COURT AND OTHER EXPENSES OF ADMINISTRATION:

| TRUSTEE'S % FEE | OTHER COSTS | NOTICE FEES | TOTAL PAID |
|---|---|---|---|
| 2,517.66 | 0.00 | 40.65 | 2,558.31 |

Dated: 08/26/2014

/s/ Frank M. Pees
FRANK M. PEES TRUSTEE
130 E WILSON BRIDGE RD #200
WORTHINGTON, OH  43085-6300
(614)436-6700

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: ROD R BROWN<br>ROXANNE BROWN<br>471 GLENDOWER AVE<br>COLUMBUS, OH 43207 | Case No: 08-61248<br><br>Chapter 13<br><br>Judge: John E. Hoffman Jr. |

## CERTIFICATION AND OPPORTUNITY TO OBJECT

The debtor having completed payments under the plan and the Trustee having filed a Chapter 13 Trustee's Certification of Final Payment and Case History;

NOTICE is hereby given that if an interested party desires to object to the accounting or to any part thereof they must file an objection and a request for hearing within twenty-one (21) days of the service of this Certification or the Court will close the estate and the Trustee and the surety will be released on the Trustee's bond. Any objection must set forth with specificity the facts on which the objection is based and be served on the Trustee, debtor, and debtor's attorney.

A Trustee's Final Report and Notice to Clerk That Case Can Be Closed will be filed with the Court after all checks issued by the Trustee have been paid. No notice will be given of the filing of the Final Report as this notice is intended to comply with L.B.R.2002-1(a)(2)(C).

Frank M. Pees, Chapter 13 Trustee, does hereby certify the estate has been fully administered except for any uncleared checks issued by the Trustee and that the attached is an accounting of all receipts and disbursements made herein as of the date of the issuance of this Trustee's Certification of Final Payment and Case History.

/s/ Frank M. Pees
FRANK M. PEES TRUSTEE
130 E WILSON BRIDGE RD #200
WORTHINGTON, OH 43085-6300
(614)436-6700

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:　ROD R BROWN　　　　　　　　　　　　　　　　　Case No: 08-61248
　　　　　ROXANNE BROWN
　　　　　471 GLENDOWER AVE　　　　　　　　　　　　　Chapter 13
　　　　　COLUMBUS, OH  43207

　　　　　　　　　　　　　　　　　　　　　　　　　　　Judge: John E. Hoffman Jr.

**CERTIFICATE OF SERVICE**

　　I hereby certify that on August 26, 2014, a copy of the foregoing Certification of Final Payment and Case History was served on the following registered ECF participants, **electronically** through the court's ECF System at the email address registered with the court:

Asst. U.S. Trustee
Frank M. Pees
W Mark Jump

and on the following by **ordinary U.S. Mail** addressed to:

ROD R BROWN
ROXANNE BROWN
471 GLENDOWER AVE
COLUMBUS, OH  43207

**See Creditor Matrix**
**All Creditors and Parties in Interest**

Bank of New York
, 000000000

Caliber Home Loans, Inc.
PO Box 24330
Oklahoma City, OK 731240000

JS & Associates Appraisal Services, LLC
P.O. Box 360713
Columbus, OH 432360713

Ohio Department of Taxation
, 000000000

The Bank of New York Mellon
, 000000000

Asst US Trustee (Col)
Office of the US Trustee
170 North High Street
Suite 200
Columbus, OH 432150000

Canyon Medical Center
5969 East Broad Street
2nd floor
Columbus, OH 432131546

Carlile Patchen & Murphy, LLP
366 East Broad Street
Columbus, OH 432150000

Chase Automotive Finance
PO BOX 15700
Wilmington, DE 198865700

Checksmart
7001 Post Road
Suite 200
Dublin, OH 430160000

Complete Healthcare for Women
PO Box 711819
Cincinnati, OH 452710000

Continental Finance
PO Box 30311
Tampa, FL 336300000

Emergency Services, Inc.
PO Box 713189
Columbus, OH 432713256

First Premier Bank
PO Box 5147
Sioux Falls, SD 571175147

HFC
PO Box 4153-K
Carol Stream, IL 601970000

Harvard Collection Services Inc.
4839 N. Elston Ave.
Chicago, IL 606300000

JP MORGAN CHASE BANK, NA
PO BOX 901032
FORT WORTH, TX 761012032

Jefferson Capital Systems LLC
PO BOX 7999
SAINT CLOUD, MN 563029617

Malcolm S. Gerald and Associates
332 South Michigan Avenue
Suite 514
Chicago, IL 606040000

Mount Carmel Health
Self Pay Realization
6150 E Broad St 2nd Floor
Columbus, OH 432130000

National Auto Acceptance Corp.
PO Box 06095
Columbus, OH 432060000

National City
PO Box 856176
Louisville, KY 402856176

PRA Receivables Management LLC As Agent Of
Portfolio Recovery Associates LLC
POB 41067
Norfolk, VA 235410000

Premier Bankcard/Charter
P.O. Box 2208
Vacaville, CA 956960000

State of Ohio Department of Taxation
Attn.: Bankruptcy Division
PO Box 530
Columbus, OH 432160530

The CIT Group
Attn General Counsel
3701 Regent Boulevard
Suite 200
Irving, TX 750630000

Time Warner Cable
1015 Olentangy River Rd
Columbus, OH 432120000

Time Warner Cable
PO Box 0916
Carol Stream, IL 601320000

US Department of Education
Direct Loan Svcg
PO Box 5609
Greenville, TX 754035609

eCAST Settlement Corporation
POB 35480
Newark, NJ 071935480

eCAST Settlement Corporation assignee of
HSBC CONSUMER LENDING USA INC
POB 35480
Newark, NJ 071935480

Brian D. Wood
Jump Legal Group
2130 Arlington Ave
Columbus, OH 432210000

Frank M Pees
130 East Wilson Bridge Road
Suite 200
Worthington, OH 430850000

Rod R Brown
471 Glendower Avenue
Columbus, OH 432070000

Roxanne Brown
471 Glendower Avenue
Columbus, OH 432070000

W Mark Jump
2130 Arlington Avenue
Columbus, OH 432210000